In the Matter of AARON RICH, Appellant, against BEATRICE R. KAMINSKY et al., Respondents.

Submitted February 24, 1941; decided March 4, 1941.

*Milton M. Eisenberg* for motion.

*Benjamin M. Franklin* and *Samuel Robert Weltz* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order is not final.